# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

STEVEN MASKIN,

Appellant,

v.

ANGELA MASKIN,

Appellee.

No. 2D2022-1997

_____

July 10, 2024

Appeal from the Circuit Court for Hillsborough County; Alissa Ellison, Judge.

Ceci C. Berman and Sarah C. Pellenbarg of Brannock Humphries & Seider, Tampa; and Matthew E. Thatcher of Solomon Law Group, P.A., Tampa, for Appellant.

Kristin A. Norse, Stuart C. Markman, and Brandon K. Breslow of Kynes, Markman & Felman, P.A., Tampa; and Eliane Ivy Probasco of Probasco Singer Bayne, PLLC, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.